UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
   David B. Mason, Sr. )
   Wanda P. Mason ) Case No. 16-01989-TOM-13
           Debtor(s) )

## OBJECTION TO CLAIM

COME NOW the Debtors in the above styled matter, by and through their attorney of record, and object to the following claim:

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| 021 | United Consumer Financial Services | $1,392.26 | Debtors have filed a motion to surrender the collateral securing this claim. |

WHEREFORE, PREMISES CONSIDERED, your Debtors respectfully request, after notice and hearing, this Honorable Court enter an order classifying the said claim as unsecured for distribution purposes under the Chapter 13 plan.

Respectfully Submitted,
/s/ Robert D. Reese
Robert D. Reese, Attorney for Debtors
Bond, Botes, Reese & Shinn, P.C.
600 University Park Place, Ste. 510
Birmingham, AL 35209-6778
(205) 802-2200

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading electronically upon Bradford W. Caraway, Trustee, and the creditor listed below by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on the 25th day of September, 2017.

United Consumer Financial Services
%Bass & Associates, P.C.
3936 East Ft. Lowell Road, Suite #200
Tucson, AZ 85712

/s/ Robert D. Reese
Attorney for Debtors